**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shirley Lynn Formisano Leonardo | Social Security number or ITIN  xxx–xx–3117 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   22–18427–JNP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shirley Lynn Formisano Leonardo
aka Shirley L. Formisano, aka Shirley L.
Leonardo

3/11/26

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-18427-JNP

Shirley Lynn Formisano Leonardo                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: 3180W | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Lynn Formisano Leonardo, 106 Marlyn Avenue, Vineland, NJ 08360-8726 |
| aty | + | Gilbert Todd Pondish, Zwicker & Associates, P.C., 1020 Laurel Oak Rd., Suite 303, Voorhees, NJ 08043-3518 |
| cr | + | American Express National Bank, AENB, c/o Zwicker, P.O. Box 9043, 80 Minuteman Rd., Andover, MA 01810, UNITED STATES 01810-1008 |
| r | | Robin Carter, BHHS Fox & Roach Princeton, 253 Nassau Street, Princeton, NJ 08540-4641 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |
| 519871975 | + | Alexander Dragotta, 106 Marlyn Avenue, Vineland, NJ 08360-8726 |
| 519744360 | + | Buena Borough Tax Collector, 616 Central Avenue, Minotola, NJ 08341-1098 |
| 519744364 | + | Formisano Produce, Co., 109 Plymouth Street, Buena, NJ 08310-1410 |
| 519744367 | + | Pastore Orchards, Inc., 626 South White Horse Pike, Hammonton, NJ 08037-9602 |
| 519744369 | + | Shirley Grasso, Esquire, 104 Bellevue Avenue, Hammonton, NJ 08037-1518 |
| 519744371 | | State of New Jersey, Division of Employer Accounts, PO Box 059, Trenton, NJ 08646-0059 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2026 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2026 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519744356 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2026 21:38:25 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519758940 | + | Email/Text: bkfilings@zwickerpc.com | Mar 11 2026 21:30:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519744357 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 11 2026 21:29:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519744358 | | Email/Text: bankruptcy@bbandt.com | Mar 11 2026 21:29:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 519744359 | | Email/Text: EBN@brockandscott.com | Mar 11 2026 21:29:00 | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 519744361 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 11 2026 21:29:00 | Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618 |
| 519744362 | | EDI: CITICORP | Mar 12 2026 01:04:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519744363 | | EDI: DISCOVER | Mar 12 2026 01:04:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519773913 | | EDI: DISCOVER | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 11, 2026 | Form ID: 3180W | Total Noticed: 32 |

| | | Mar 12 2026 01:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
|---|---|---|---|
| 519751620 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519744365 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:01 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 519744366 | ^ MEBN | Mar 11 2026 21:23:57 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519744368 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:02 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519744370 | Email/Text: bankruptcynotice@sjindustries.com | Mar 11 2026 21:30:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 519744372 | + Email/Text: bankruptcy@bbandt.com | Mar 11 2026 21:29:00 | Truist Bank, PO Box 2306, Wilson, NC 27894-2306 |
| 519787027 | + EDI: WFHOME | Mar 12 2026 01:04:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 519803704 | EDI: WFCCSBK | Mar 12 2026 01:04:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519744373 | EDI: WFCCSBK | Mar 12 2026 01:04:00 | Wells Fargo Bank, NA, PO Box 10438, Des Moines, IA 50306-0438 |
| 519744374 | EDI: WFHOME | Mar 12 2026 01:04:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gilbert Todd Pondish | |
| | on behalf of Creditor American Express National Bank  AENB, c/o Zwicker & Associates P.C. Agent/ Attorney For Creditor tpondish@zwickerpc.com, bknotices@zwickerpc.com |

District/off: 0312-1                                  User: admin                                          Page 3 of 3
Date Rcvd: Mar 11, 2026                              Form ID: 3180W                                     Total Noticed: 32

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Matthew K. Fissel

on behalf of Creditor Wells Fargo Bank  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rex J. Roldan

on behalf of Debtor Shirley Lynn Formisano Leonardo roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6